UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
ROBERT MILTON,

                        Plaintiff,              No. 19-CV-2770 (VEC) (OTW)

             -against-                        **ORDER**

CORRECTION OFFICER REHMAN, et al.,

                    Defendants.

------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court is in receipt of the pro se Plaintiff's April 13, 2020 letter inquiring about service of the Amended Complaint on Defendant Leon Lowe. (ECF 45). Due to the COVID-19 pandemic as of March 13, 2020, personal service of process by the United States Marshals Service is suspended until further notice and the time for service will be tolled. *See* Standing Order, 20-mc-0153 (attached).

By April 24, 2020, defense counsel shall mail a copy of this Order and the attachment to Plaintiff and file proof of such service on ECF. If defense counsel is unable to complete this mailing as a result of COVID-19 and related disruptions, counsel shall promptly notify the Court by letter filed on ECF.

**SO ORDERED.**

                                                *s/ Ona T. Wang*

Dated:  April 20, 2020                                  **Ona T. Wang**
        New York, New York                 United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

20 MC 0153

IN RE: CORONAVIRUS/COVID-19
PANDEMIC

This Matter Relates: Service of Process In
Pro Se Matters

STANDING ORDER
M10-468

U.S. DISTRICT COURT
FILED
MAR 13 2020
S.D. OF N.Y.

In light of current efforts to slow the transmission of the 2019 Novel Coronavirus and the resulting disease, called COVID-19, it is hereby ORDERED:

Any requirement that the Unites States Marshals Service effect personal service of process under Federal Rule of Civil Procedure 4(c)(3) or 28 U.S.C. § 1915(d) is suspended until further notice. This order does not apply to service by mail under N.Y. C.P.L.R. § 312-a, waivers of service under Federal Rule of Civil Procedure 4(d), or service by electronic means. In any case in which the U.S. Marshals Service has been ordered to serve process, the time for service under Federal Rule of Civil Procedure 4(m) will be tolled until this stay is lifted.

This standing order supersedes any orders of service issued in individual cases.

SO ORDERED.

Dated: March 13, 2020
New York, New York

COLLEEN McMAHON
Chief United States District Judge