UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
ROBERT MILTON,

                Plaintiff,

      -against-

CORRECTION OFFICER REHMAN, et al.,

                Defendants.
-----------------------------------------------------------x

No. 19-CV-2770 (VEC) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The parties appeared for a telephonic status conference on August 18, 2020. As directed at the conference, Defendants, after meeting and conferring with the Plaintiff, shall submit a joint status letter on **October 16, 2020**.

The Clerk of Court is respectfully requested to mail a copy of this Order to the *pro se* Plaintiff.

**SO ORDERED.**

Dated: August 18, 2020
       New York, New York

                        *s/ Ona T. Wang*
                        **Ona T. Wang**
                    United States Magistrate Judge