UNTED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
ROBERT MILTON,                                  :

                         19CV02770 (VEC)(OTW)

         Plaintiff,        :

                         **ORDER TO TAKE THE**
  -against-                       :        **DEPOSITION OF AN**
                         **INCARCERATED INMATE**

CORRECTION OFFICER REHMAN,       :
ET AL.,
                            :
        Defendants.
------------------------------------------------------X

      It is ordered that counsel from the State of New York, Office of the Attorney General, may take the deposition, by video, of incarcerated plaintiff inmate Robert Milton (DIN # 14A4359), at Eastern Correctional Facility or any other facility maintained by the New York State Department of Corrections and Community Supervision where Robert Milton is housed, on or before November 16, 2020.

Dated:  New York, New York
        October  16 , 2020

                                                    _____
                                                    Ona T. Wang
                                                    United States Magistrate