UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ROBERT MILTON,

                       Plaintiff,

           -against-

CORRECTION OFFICER REHMAN, et al.,

                     Defendants.
------------------------------------------------------------x

No. 19-CV-2770 (VEC) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The Court is in receipt of Defendants' March 4, 2021 letter requesting a discovery conference. (ECF 68). The application is **denied**.

Fact discovery is hereby extended from March 12, 2021 to **April 26, 2021**. The parties shall submit a joint status letter on **April 30, 2021**.

Defendants are directed to submit a sworn declaration regarding the existence or non-existence of as well as efforts to locate the documents referenced on page 1 on ECF 68 by **March 24, 2021.**

The Clerk of Court is respectfully requested to close ECF 68 and mail a copy of this Order to the *pro se* Plaintiff.

**SO ORDERED.**

Dated:  March 9, 2021
        New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge