UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
ROBERT MILTON,

                   Plaintiff,

            -against-

CORRECTION OFFICER REHMAN, et al.,

                  Defendants.

------------------------------------------------------------x

No. 19-CV-2770 (VEC) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The Court is in receipt of Plaintiff's April 5, 2021 letter, the parties' April 29, 2021 joint letter, and Plaintiff's May 5, 2021 letter. (ECF 72, 73, 74).

Defendants are directed to respond to ECF 74 by June 3, 2021.

The Clerk of Court is respectfully requested to terminate ECF 73 and mail a copy of this Order to the *pro se* Plaintiff.

**SO ORDERED.**

Dated: May 13, 2021
        New York, New York

                                          *s/ Ona T. Wang*
                                             **Ona T. Wang**
                                  United States Magistrate Judge