UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
ROBERT MILTON,

                       Plaintiff,

      -against-

CORRECTION OFFICER REHMAN, et al.,

                     Defendants.

------------------------------------------------------------x

No. 19-CV-2770 (VEC) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The Court has reviewed ECF 84 and the long history related to the Defendants' attempt to locate the video footage and photos at issue in this case. **By June 3, 2022**, Defendants are directed to file a letter identifying the following information, with corresponding affidavits:

1. At what point in time Defendants should have begun recording the interaction with Plaintiff, according to DOCCS' protocol;

2. When the officers involved in the interaction, including Corrections Officer Marmolejos, recall beginning the video recording;

3. Whether the facility should have taken photos of Plaintiff before he left MCC, according to DOCCS' protocol.

The Clerk of Court is respectfully directed to mail a copy of this Order to *pro se* Plaintiff.

**SO ORDERED.**

Dated: May 17, 2022
         New York, New York

                             *s/ Ona T. Wang*
                             **Ona T. Wang**
                        United States Magistrate Judge