UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------x
ROBERT MILTON,

        Plaintiff,        No. 19-CV-2770 (VEC) (OTW)

   -against-          **ORDER FOR PRO BONO COUNSEL**

CORRECTION OFFICER REHMAN, et al.,

        Defendants.

----------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court has reviewed *pro se* Plaintiff's July 25, 2022 letter seeking additional discovery in this action. (ECF 94). The City has not been able to produce video evidence central to Plaintiff's excessive force claim that it admits should have been created and preserved in the normal course. (ECF 88). Plaintiff seeks discovery related to the recording and preservation of this evidence, including depositions of the officers and employees involved.

Having reviewed Plaintiff's application and given the proceedings to date, it is hereby **ORDERED** that the Pro Se Office of this Court seek a limited appearance Pro Bono counsel for this Plaintiff for the limited purpose of assisting him with discovery in this case. The Court advises Plaintiff that there are no funds to retain counsel in civil cases and the Court relies on volunteers. Due to a scarcity of volunteer attorneys, a length period of time may pass before counsel volunteers to represent Plaintiff. This Court will pause matters for **30 days**, in order to see if counsel can be obtained. If an attorney volunteers, the attorney will contract Plaintiff directly. There is no guarantee, however, that a volunteer attorney will decide to take the case, and in such circumstances, Plaintiff will have to proceed with the case *pro se*. Of course, if an

attorney offers to take the case, it is entirely Plaintiff's decision whether to retain that attorney or not.

The Clerk of Court is respectfully directed to serve a copy of this Order on the *pro se* Plaintiff.

**SO ORDERED.**

Dated: August 3, 2022
       New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge