October 4, 2022

Re:     *Milton v. Rehman et al.*, Case No. 19-cv-2770-JLR-OTW (S.D.N.Y.)

<u>Via ECF</u>

The Honorable Jennifer L. Rochon
United States District Judge, Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Dear Judge Rochon:

      We serve as limited-purpose, pro bono counsel for Plaintiff Robert L. Milton, Jr., and as counsel for Defendants in the above-captioned case (the "Litigation").  We write jointly to request an extension of the October 10, 2022 deadline, to submit a joint letter regarding the status of the Litigation, to October 21, 2022.  *See* ECF No. 105.  This is the first request for an extension of this deadline.

      Pro bono counsel for Plaintiff entered appearances in this case, for the limited purpose of conducting depositions, *see* ECF No. 104, on September 19, 2022, *see* ECF Nos. 97-103.  In order to submit the joint letter that the Court has ordered, pro bono counsel will need to familiarize themselves with the sizable docket in this matter, and the parties will need to confer.  Moreover, religious holidays in advance of and on the day of the current deadline to submit the joint letter will further complicate the parties' efforts to prepare and submit the joint letter.

      Accordingly, the parties jointly request an extension, to October 21, 2022, to submit the joint letter regarding the status of the Litigation.  *See* ECF No. 105.  We are available to answer any questions the Court may have.

                          Respectfully yours,

*/s/ Amelia T.R. Starr*                                */s/ Neil Shevlin*
Amelia T.R. Starr                                      Neil Shevlin

Counsel for Plaintiff Robert L. Milton, Jr.          Counsel for Defendants

Request **GRANTED**.  The deadline for the parties to file the joint letter is hereby extended to **October 21, 2022.**

Cc:  All counsel via ECF

Dated:  October 4, 2022
         New York, New York

SO ORDERED

*Jennifer Rochon* (signature)

JENNIFER L. ROCHON
United States District Judge