**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
ROBERT MILTON,

                                  Plaintiff,       No. 19-CV-2770 (VEC) (OTW)

            -against-                                **ORDER**

CORRECTION OFFICER REHMAN, et al.,

                                 Defendants.

------------------------------------------------------------x

      **ONA T. WANG, United States Magistrate Judge:**

The Court held a Status Conference on November 1, 2022. (ECF 110). As discussed at the Status Conference, the deadline for the parties to file their anticipated joint proposed Protective Order is **November 4, 2022**. The deadline for the end of fact discovery is extended to **March 17, 2023**. The parties shall file a joint status letter on the last Friday of each month, starting **December 23, 2022**.

      **SO ORDERED.**

Dated:  November 2, 2022                               _s/ Ona T. Wang_
         New York, New York                         **Ona T. Wang**
                                                     United States Magistrate Judge