**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
ROBERT MILTON,

                    Plaintiff,        No. 19-CV-2770 (VEC) (OTW)

        -against-                **ORDER**

CORRECTION OFFICER REHMAN, et al.,

                    Defendants.

-----------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The parties' joint request for an extension of the deadline to submit a proposed Protective Order is **GRANTED**. (ECF 113). The deadline is extended *nunc pro tunc* from November 4, 2022, to **November 9, 2022**.

The Clerk of Court is respectfully directed to close ECF 113.

**SO ORDERED.**

                                                      *s/ Ona T. Wang*

Dated: November 7, 2022                        **Ona T. Wang**
       New York, New York              United States Magistrate Judge