**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

ROBERT MILTON,

                         Plaintiff,                        19-CV-2770 (VEC) (OTW)

          -against-                                **ORDER**

CORRECTION OFFICER REHMAN, et al.,

                      Defendants.

---------------------------------------------------------------x

     **ONA T. WANG, United States Magistrate Judge:**

The parties' joint request for an extension of the discovery deadline is **GRANTED**. (ECF 121). The discovery deadline is extended from March 17, 2023, to **May 1, 2023**.

     **SO ORDERED.**

                                                                                         *s/ Ona T. Wang*

Dated:  February 27, 2023                                            **Ona T. Wang**
            New York, New York                        United States Magistrate Judge