**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
ROBERT MILTON,

                              Plaintiff,                19-CV-2770 (VEC) (OTW)

          -against-                            **ORDER**

CORRECTION OFFICER REHMAN, et al.,

                            Defendants.

------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court is in receipt of ECF 133. The Court will hold an in-person Status Conference on **Tuesday, October 10, 2023 at 2 p.m.** in Courtroom 20D, 500 Pearl Street, New York, NY, 10007.

SO ORDERED.

                                                                    *s/ Ona T. Wang*

Dated: August 30, 2023                                  **Ona T. Wang**
       New York, New York                      United States Magistrate Judge