IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT MILTON,<br><br>     Plaintiff,<br><br>v.<br><br>CORRECTION OFFICER REHMAN *et al.*,<br><br>     Defendants. | Case No. 1:19-cv-2770<br><br>**ORDER TO TAKE PSYCHIATRIC ASSESSMENT OF INCARCERATED INMATE** |

     It is ordered that before June 12, 2024, Eastern Correctional Facility or any other facility maintained by the New York State Department of Corrections and Community Supervision ("DOCCS") where Robert Milton (DIN #14A4359) is housed, shall make Robert Milton available over Webex or a comparable video-conferencing platform for a minimum of 3 hours for a private psychiatric assessment with Plaintiff's retained expert, Dr. Shawn Agharkar. DOCCS shall also make Robert Milton available for a follow-up in-person, 3-hour, private, assessment by Dr. Agharkar, if requested, before July 1, 2024.

DATED:  New York, New York
              April 26, 2024

                                                                           Ona T. Wang
                                                                    United States Magistrate Judge