**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
ROBERT MILTON,

                     Plaintiff,       19-CV-2770 (JLR) (OTW)

          -against-       **ORDER**

CORRECTION OFFICER REHMAN, et al.,

                     Defendants.

------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court is in receipt of ECF 157 and 158.

The Court will hold an in-person Status Conference on **Wednesday, November 6, 2024, at 11:30 a.m.** in Courtroom 20D, 500 Pearl Street, New York, NY, 10007. The parties are directed to file on the docket a joint proposed agenda for the conference by **Friday, November 1, 2024.**

The parties are further directed to meet and confer by **Monday, October 14, 2024,** regarding the issues of certification of documents produced. If the parties cannot come to an agreement, Plaintiff must file their motion to compel, if any, by **Monday, October 14, 2024.** Defendants' opposition, if any, is due **Monday, October 21, 2024.**

    **SO ORDERED.**

Dated: October 1, 2024
         New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge