UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

ROBERT MILTON,

               Plaintiff,

-against-

CORRECTION OFFICER REHMAN, et al.,

               Defendants.

------------------------------------------------------------x

19-CV-2770 (JLR) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The Court held a status conference on Wednesday, November 6, 2024. As ORDERED at the November 6 conference:

1) Defendants are directed to request certification of documents provided to them by the Federal Bureau of Prisons by **November 8, 2024.**

2) The parties are directed to meet and confer and file a proposed briefing schedule for motions for summary judgment by **November 22, 2024.** The parties are further directed to inform the Court in their November 22 letter, or earlier, whether they would like to be referred for mediation or settlement.

**SO ORDERED.**

Dated: November 6, 2024
         New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge