**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
ROBERT MILTON,

                           Plaintiff,                  19-CV-2770 (JLR) (OTW)

           -against-                              **ORDER**

CORRECTION OFFICER REHMAN, et al.,

                        Defendants.

------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court is in receipt of ECF 163.

The Court adopts the parties' proposed briefing schedule. The parties' motions for summary judgment are due **January 24, 2025**. Oppositions, if any, are due **February 26, 2025**. Replies, if any, are due **March 12, 2025.**

Plaintiff's request for the New York State Department of Corrections and Community Supervision and Wallkill Correctional Facility to make Plaintiff available on a standing basis for video conferencing is **DENIED without prejudice.** The parties are directed to meet and confer regarding alternative ways for Mr. Milton's counsel to schedule visits and calls with their client.

**SO ORDERED.**

                                                                                   *s/ Ona T. Wang*

Dated:  December 4, 2024                                   **Ona T. Wang**
          New York, New York                        United States Magistrate Judge