IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT MILTON,<br><br>    Plaintiff,<br><br>v.<br><br>CORRECTION OFFICER REHMAN *et al.*,<br><br>    Defendants. | Case No. 1:19-cv-2770<br><br>**ORDER TO VIDEO-CONFERENCE WITH INCARCERATED INMATE** |

It is ordered that before February 14, 2025, Wallkill Correctional Facility or any other facility maintained by the New York State Department of Corrections and Community Supervision ("DOCCS") where Robert Milton (DIN #14A4359) is housed, shall make Robert Milton available over Webex or a comparable video-conferencing platform for a minimum of 2 hours for a legal call with his counsel, Davis Polk & Wardwell LLP.

DATED:  New York, New York
        January 28, 2025

_____
Honorable Ona T. Wang
United States Magistrate Judge

1