**MEMO ENDORSED.**

March 4, 2025

Re:     *Milton v. Rehman et al.*, Case No. 19-cv-2770-JLR-OTW (S.D.N.Y.)

Via ECF

The Honorable Ona T. Wang
United States Magistrate Judge, Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Dear Judge Wang:

      Plaintiff writes to respectfully request a five-day extension of the deadline for Plaintiff's brief in opposition to Defendants' motion for summary judgment, from Wednesday, March 5, 2025, to Monday, March 10, 2025, and an extension of Defendants' deadline for reply briefs in further support of their motion for summary judgment, from Wednesday, March 19, 2025 to Monday, March 24, 2025.  This is the second request for an extension of this deadline.

      This extension would allow additional time to arrange a legal call between Plaintiff and his counsel so that Plaintiff can confer with them regarding his brief in opposition to Defendants' motion for summary judgment.

      Defendants do not object to Plaintiff's request.

Respectfully submitted,

*/s/ Amelia T.R. Starr*
Amelia T.R. Starr
Diane O. Lucas
Quentin J. Ullrich
Dana Z. Horowitz

*Limited-Purpose, Pro Bono Counsel for
Plaintiff Robert L. Milton, Jr.*

Cc:  All counsel via ECF

Application **GRANTED.**

**SO ORDERED.**

_____

Ona T. Wang
U.S.M.J. 3/4/2025