UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
ROBERT MILTON,

                             Plaintiff,                     19-CV-2770 (JLR) (OTW)

             -against-                             **ORDER**

CORRECTION OFFICER REHMAN, et al.,

                            Defendants.

-----------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court is in receipt of ECF 183.

The parties' joint motion to seal is **GRANTED.** The parties are directed to re-file ECF Nos. 172 and 175 with the exhibits redacted as stipulated in ECF 183.

The Court respectfully requests the Clerk of Court to strike ECF Nos. 172 and 175.

The Clerk of Court is respectfully directed to close ECF 183.

**SO ORDERED.**

                                                       *s/ Ona T. Wang*

Dated:  March 7, 2025                               **Ona T. Wang**
         New York, New York               United States Magistrate Judge