**MEMO ENDORSED.**

March 7, 2025

Re: *Milton v. Rehman et al.*, Case No. 19-cv-2770-JLR-OTW (S.D.N.Y.)

<u>Via ECF</u>

The Honorable Ona T. Wang
United States Magistrate Judge, Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Dear Judge Wang:

    Plaintiff submits this letter pursuant to the Court's Individual Practices in Civil Cases, Rule IV(a).

    In connection with Plaintiff's Memorandum in Opposition to Defendants' Motion for Summary Judgment, Plaintiff respectfully requests permission to file certain documents under seal or in redacted form based on Defendants' designation of Attorneys' Eyes Only ("AEO") information or based on confidential personal information about Plaintiff including his birthdate and certain photographs ("PII"). The documents are listed below.

| Document Name | Seal/Redact | Reason for Redactions/Sealing |
| --- | --- | --- |
| Plaintiff's Response to Defendant's Statement of Material Facts and Plaintiff's Additional Material Facts Pursuant to Local Rule 56.1 | Redacted | Defendants' AEO information |
| Ex. 1 (Report of Dr. Bhushan S. Agharkar) | Redacted | Plaintiff's PII |
| Ex. 3 (Transcript of the May 24, 2023 deposition of Saad Rehman) | Redacted | Defendants' AEO information |
| Ex. 5 (Transcript of the May 30, 2023 deposition of Pasko Delovic) | Redacted | Defendants' AEO information |
| Ex. 6 (Transcript of the July 18, 2023 deposition of Manuel R. Marmolejos) | Under seal | Defendants' AEO information |
| Ex. 7 (Transcript of the July 18, 2023 deposition of Theodore Brooks) | Redacted | Defendants' AEO information |
| Ex. 8 (Transcript of the May 31, 2023 deposition of Leon K. Lowe) | Redacted | Defendants' AEO information |
| Ex. 10 (Bureau of Prisons, Psychology Services, Intake Screening) | Redacted | Plaintiff's PII |
| Ex. 11 (Transcript of the March 1-8, 2017 Tier III Hearing) | Redacted | Defendants' AEO information |
| Ex. 14 (Copy of photographs) | Redacted | Plaintiff's PII |
| Ex. 15 (DOCCS Ambulatory Health Record Progress Note) | Redacted | Plaintiff's PII |
| Ex. 16 (DOCCS Ambulatory Health Record Progress Note) | Redacted | Plaintiff's PII |
| Ex. 17 (DOCCS Grievance Case History and Record) | Redacted | Plaintiff's PII |
| Ex. 20 (DOCCS Ambulatory Health Record Progress Note) | Redacted | Plaintiff's PII |
| Ex. 21 (DOCCS Use of Physical Force Directive) | Under seal | Defendants' AEO information |
| Ex. 26 (DOCCS Medical Prescriptions Record) | Redacted | Plaintiff's PII |

Respectfully submitted,

*/s/ Amelia T.R. Starr*
Amelia T.R. Starr
Diane O. Lucas
Quentin J. Ullrich
Dana Z. Horowitz

*Limited-Purpose, Pro Bono Counsel for Plaintiff Robert L. Milton, Jr.*

Cc:  All counsel via ECF

Application **GRANTED.**

**SO ORDERED.**

_____
Ona T. Wang
U.S.M.J. 3/12/2025