**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
ROBERT MILTON,

                                Plaintiff,              19-CV-2770 (JLR) (OTW)

               -against-                        **ORDER**

CORRECTION OFFICER REHMAN, et al.,

                            Defendants.

------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court held a status conference on this matter on April 2, 2025. As ORDERED at the April 4 conference, the parties are directed to meet and confer and submit a proposed briefing schedule for Plaintiff's anticipated sanctions motion by **April 4, 2025**.

**SO ORDERED.**

                                                                      *s/ Ona T. Wang*

Dated:  April 2, 2025                                  **Ona T. Wang**
          New York, New York                United States Magistrate Judge