

**Office of the New York State**
**Attorney General**

**Letitia James**
**Attorney General**

May 20, 2025

By ECF
Hon. Ona T. Wang
United States Magistrate Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

        Re:    Milton v. Rehman, *et al.*,
                Index No. 19CV2770(JLR)(OTW)

Your Honor:

      I write respectfully on behalf of Defendants to request a two week adjournment of their time to oppose Plaintiff's motion for sanctions from May 29, 2025, to June 12, 2025, and a concomitant two week adjournment of Plaintiff's time to reply to June 26, 2025. See Dkt. # 208 (April 4, 2025 Scheduling Order). The two week adjournment is being requested because of a number of other deadlines that overlap with the opposition to the sanctions motion, including a summary judgment motion as well as high level depositions in the matter of Jane Stone v. Annucci, 20CV1326, pending before Your Honor.

      I have conferred with counsel for Plaintiff and they have consented to this request. This is Defendants' first request for an adjournment of their time to oppose Plaintiff's sanctions motion.

      Thank you for your attention to these matters.

                        Sincerely,

                        /s/ Neil Shevlin
                        NEIL SHEVLIN
                        Assistant Attorney General
                        212-416-8561
                        Neil.Shevlin@ag.ny.gov

cc: Counsel for Plaintiff (via ECF)

**Application GRANTED.**
**SO ORDERED.**

_____
**Ona T. Wang**
**U.S.M.J. 5/21/2025**