**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

<table>
<tr><td>

ROBERT MILTON,

     Plaintiff,

v.

CORRECTION OFFICER REHMAN *et al.*,

     Defendants.

</td><td>

~~[PROPOSED]~~ **ORDER TO VIDEO-CONFERENCE WITH INCARCERATED INDIVIDUAL**

Case No. 1:19-cv-2770-JLR-OTW

</td></tr>
</table>

It is ordered that Wallkill Correctional Facility or any other facility maintained by the New York State Department of Corrections and Community Supervision ("DOCCS") where Robert Milton (DIN #14A4359) is housed, shall provide accommodations for Davis Polk & Wardwell LLP to communicate with their client, Robert Milton, over Webex or a comparable video-conferencing platform, instead of telephone calls, a minimum of two times per week until February 20, 2026.

DATED: New York, New York
       January __2__ , 2026

                          *Jennifer Rochon*

                          JENNIFER L. ROCHON
                          United States District Judge