UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT MILTON,

                Plaintiff,

      -against-

CORRECTIONAL OFFICER SAAD
REHMAN, CORRECTIONAL OFFICER
PASKO DELOVIC, CORRECTIONAL
OFFICER LEON LOWE, and SERGEANT
THEODORE BROOKS,

                Defendants.

Case No. 1:19-cv-02770 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

The final pretrial conference, currently scheduled for January 27, 2026, at 10:00 a.m., shall be held on **February 6, 2026**, at **9:00 a.m.** Trial shall commence on February 17, 2026, as previously ordered. *See* Dkt. 224.

Dated: January 7, 2026
      New York, New York

                        SO ORDERED.

                        JENNIFER L. ROCHON
                        United States District Judge