UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT MILTON,

                Plaintiff,

      -against-

CORRECTIONAL OFFICER SAAD
REHMAN, et al.,

                Defendants.

Case No. 1:19-cv-02770 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

The final pretrial conference, currently scheduled for February 6, 2026, at 9:00 a.m., shall be held on **February 9, 2026**, at **1:30 p.m.** Trial shall proceed as previously ordered. *See* Dkt. 224.

Dated: January 28, 2026
      New York, New York

                SO ORDERED.

                JENNIFER L. ROCHON
                United States District Judge