**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

ROBERT MILTON,

     Plaintiff,

v.

CORRECTION OFFICER REHMAN *et al.*,

     Defendants.

**[PROPOSED] ORDER FOR
PLAINCLOTHES, WITHOUT
RESTRAINTS**

Case No. 1:19-cv-2770-JLR-OTW

IT IS HEREBY ORDERED THAT:

1. Wallkill Correctional Facility or any other facility maintained by the New York State Department of Corrections and Community Supervision ("DOCCS") that houses Mr. Robert Milton (DIN #14A4359), is directed to receive and accept the following items on behalf of Mr. Milton:

   a. Three (3) dress shirts;

   b. Two (2) two-piece suits;

   c. One (1) blue dress pant;

   d. Three (3) ties;

   e. Three (3) pairs of dress socks; and

   f. One (1) pair of shoes.

2. These items will be delivered for Mr. Milton in preparation for the trial of this action, scheduled to begin February 17, 2026.

1

2

3.  DOCCS will provide arrangements, as necessary, to ensure that Mr. Milton is dressed in the above clothing items, without restraints on, during each day of the trial of this action, scheduled to begin February 17, 2026.

4.  The United States Marshal is directed to facilitate, as necessary, Mr. Milton getting dressed in these clothes prior to his appearance for each day of trial in this case and to permit him to wear the clothing without any restraints.

DATED: New York, New York
         February  4  , 2026

_Jennifer Rochon_
Jennifer L. Rochon
United States District Judge

2